UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**GENEVIEVE FAIR**                                                                            **PLAINTIFFS**

VS.            CASE NO. 4:04CV00359 JMM
                               4:06CV00248 JMM

**ARKANSAS PUBLIC EMPLOYEES
RETIREMENT SYSTEM**                                                          **DEFENDANT**

**JUDGMENT**

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that the complaints in the above styled cases be, and they are hereby, dismissed.

IT IS SO ORDERED this   6   day of November, 2006.

_____
James M. Moody
United States District Judge